**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT DALE DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:19-CV-3286 JAR |
| | ) | |
| RICHARD JENNINGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On August 7, 2020, Assistant Attorney General Matthew G. Kimminau advised that he would not waive service of process as to defendant John-Riley Layton because he is no longer employed by the Missouri Department of Corrections.  ECF No. 10.  Mr. Kimminau further advised that his efforts to contact defendant Layton have been unsuccessful.  The Court will therefore order counsel to submit, under seal and *ex parte*, the last known residential address for defendant Layton.

Accordingly,

**IT IS HEREBY ORDERED** that Assistant Attorney General Matthew G. Kimminau shall submit to the Court, under seal and *ex parte*, the last known home address for defendant John-Riley Layton within twenty-one (21) days of the date of this Memorandum and Order.

Dated this 27th day of August, 2020.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**