UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DALE DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-3286-JAR |
| | ) | |
| RICHARD JENNINGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the Missouri Attorney General's Office filing of the last known address for defendant John-Riley Layton. ECF No. 13. Because plaintiff Robert Dale Dixon is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in docket number 13. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendant John-Riley Layton in his individual capacity at the address provided in docket number 13.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 18th day of September, 2020.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE