UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-CV-03286 JAR |
| ) | |
| JASON DAVIS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This prisoner civil rights complaint under 42 U.S.C. § 1983 is before the Court on Plaintiff's letter to the Court requesting video camera footage of the incident in question, which the Court has construed as a motion for discovery. (Doc. No. 31). The Court subsequently directed Defendants to either produce the requested discovery or file an objection thereto. (Doc. No. 32). On March 29, 2021, Defendants notified the Court that they sent Plaintiff a copy of their objections and responses to his discovery requests. (Doc. No. 33).

Accordingly,

**IT IS HEREBY ORDERED** that **no later than Monday, April 26, 2021**, Defendants shall file their objections to discovery of the requested video camera footage with the Court.

Dated this 19th day of April, 2021.

*John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**